■ FRANCES DE LORK, Appellant, v HOME INSURANCE COMPANY, Respondent.—Order unanimously affirmed, without costs, for reasons stated at Special Term, Pine, J. (Appeal from order of Supreme Court, Monroe County, Pine, J.—arbitration.) Present—Callahan, J. P., Denman, O'Donnell and Schnepp, JJ.